OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/19/2015
MCKENZIE, EDWARD    Tr. Ct. No. 1444596-A          WR-83,715-01
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, pages or questions from the form are omitted or deleted.

Abel Acosta, Clerk

EDWARD MCKENZIE

**RETURN TO SENDER**
NEED FULL NAME, SPN #, AND
CELLBLOCK # TO IDENTIFY INMATE

43B 77002